

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

## O R D E R

After this court granted Appellant's first four motions for extension of time to file the brief, we set Appellant's brief due on April 30, 2021. Before that date, new lead counsel for Appellant filed an unopposed fifth motion for an extension of time to file the brief until May 14, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on May 14, 2021. *See* TEX. R. APP. P. 38.6(d). Any further request for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court